UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v

CORY MONTGOMERY,

        Defendant.

_____/

Case No.  1:99-cr-44-01

Hon. Richard Alan Enslen

## ORDER

At a hearing conducted on June 13, 2006 before Magistrate Judge Ellen S. Carmody, defendant admitted to violating the terms and conditions of supervised release, to wit: failure to notify the U.S. Probation Office of police contact within 72 hours after he was issued citations by Benton Township, Michigan, Police Department on May 4, 2006, for Speeding and Driving Without a Valid Operator's License.  Therefore:

**IT IS HEREBY ORDERED** that the terms and conditions of supervised release imposed on March 11, 2002 are amended as follows:

The defendant shall perform 50 hours of community service within the next five months as directed by the probation officer.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
June 13, 2006                                   Richard Alan Enslen
                                                          Senior United States District Judge