UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 1:05-PT-44

v.                                         Hon. Richard Alan Enslen

CORY MONTGOMERY,

        Defendant.

_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 3, 2007, and the addendum to the Report and Recommendation of the Magistrate Judge, filed August 16, 2007, are approved and adopted as the opinion of the Court.

        **IT IS FURTHER ORDERED** that a Judgment in a criminal case for revocation of supervised release shall issue consistent with the Report and Recommendation.

                                                   /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    September 11, 2007         SENIOR UNITED STATES DISTRICT JUDGE