UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 1:05-PT-44

CORY MONTGOMERY,                  HON. RICHARD ALAN ENSLEN

    Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge, filed December 21, 2007, is **APPROVED** and **ADOPTED** as the opinion and findings of this Court, subject to change if any objection is made thereto within the time required by law.

2. As of December 31, 2007, Defendant shall not be required to reside at the K-PEP facility as previously ordered as Special Condition of Supervision number 7 in the Judgment of Revocation dated September 11, 2007. All other General and Special Conditions of Supervision shall remain in effect.

                                                    /s/ Richard Alan Enslen

DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
      December 21, 2007           SENIOR UNITED STATES DISTRICT JUDGE