UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 1:05-pt-44

v.

                                      HONORABLE PAUL L. MALONEY

CORY MONTGOMERY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge, filed September 25, 2008, (Dkt. #50) is approved and adopted as the opinion of the Court. Defendant is adjudicated guilty of the violations as outlined in the Report and Recommendation. Sentencing will take place, as previously scheduled, on October 20, 2008, at 9:00 a.m.

Date:   October 10, 2008                                /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge